

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00214-CV

| | | |
|---|---|---|
| KENT FLYNN, D/B/A FLYNN & COMPANY AND D/B/A SFC SERVICES, Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-276438-15) |
| V. | § | February 6, 2025 |
| HALTOM CITY ECONOMIC DEVELOPMENT CORPORATION, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order granting summary judgment. It is ordered that the trial court's order granting summary judgment is affirmed.

It is further ordered that appellant Kent Flynn, d/b/a Flynn & Company and d/b/a SFC Services, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack